THERESA KIRCHNER
*v.*
ELIAS N. MILLER.

*Mr. Benj. C. Potts,* for appellant.

*Mr. A. Q. Keasbey,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the chancellor in the case below, *3 Stew. 71.*

---

JOHN H. WHITENACK
*v.*
ABRAHAM B. EMBURY.

*Messrs. Linn & Babbitt,* for appellant.

*Mr. James W. Field,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the chancellor in the case below, *3 Stew. 517.*